# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:24-cv-00227-PGB-LHP

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

COCOA BEACH INVESTMENTS,
INC., et al.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action solely as to Defendants, COCOA BEACH INVESTMENTS, INC., and EL TRIUNFO AMERICA, LLC, d/b/a SUNOCO KWIK STOP #520. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 14th day of March 2024.

    By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Law Office of Joe Quick, P.A.
        *Counsel for Plaintiff*
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of March 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Attorney for Plaintiff
    Law Office of Joe Quick, P.A.
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com