## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

    **Plaintiff,**

v.                                                                      Case No: 6:24-cv-227-PGB-LHP

**COCOA BEACH INVESTMENTS, INC and EL TRIUNFO AMERICA LLC,**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Stipulation of Voluntary Dismissal With Prejudice (Doc. 13 (the "**purported Stipulation**")). Therein, Plaintiff requests that the Court dismiss the case with prejudice. (*Id*.). Considering that the purported Stipulation was filed before any Defendant answered the Complaint (Doc. 1) or filed a motion for summary judgment, the Court construes the purported Stipulation as a Notice of Voluntary Dismissal With Prejudice. (*See* Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Cocoa Beach Investments, Inc, and El Triunfo America LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on April 16, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties